AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| CARRIE MEDINA,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF PORTLAND, CITY OF GRESHAM, TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, OFFICER TAYLOR LETSIS, et al.,<br><br>*Defendant(s)* | Civil Action No. 3:15-cv-00232-BR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Portland
Office of City Attorney
Tracy P. Reeve
1221 SW 4th Ave., Ste. 430
Portland, OR  97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles J. Paternoster, Parsons Farnell & Grein, LLP, 1030 SW Morrison St., Portland, OR  97205

Alan J. Galloway, Tim Cunningham, Davis Wright Tremaine, LLP, 1300 SW Fifth Ave., Ste. 2400, Portland, OR  97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **02/13/2015**

By: **s/C.Brost, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00232-BR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| CARRIE MEDINA,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF PORTLAND, CITY OF GRESHAM, TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, OFFICER TAYLOR LETSIS, et al.,<br><br>*Defendant(s)* | Civil Action No. 3:15-cv-00232-BR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Gresham
City Attorney's Office
David R. Ris
1333 NW Eastman Parkway
Gresham, OR  97030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles J. Paternoster, Parsons Farnell & Grein, LLP, 1030 SW Morrison St., Portland, OR  97205

Alan J. Galloway, Tim Cunningham, Davis Wright Tremaine, LLP, 1300 SW Fifth Ave., Ste. 2400, Portland, OR  97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **02/13/2015**                                **By: s/C.Brost, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00232-BR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| CARRIE MEDINA, <br><br> *Plaintiff(s)* <br> v. <br> CITY OF PORTLAND, CITY OF GRESHAM, TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, OFFICER TAYLOR LETSIS, et al., <br> *Defendant(s)* | Civil Action No. 3:15-cv-00232-BR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tri-County Metropolitan Transportation District of Oregon
Office of General Counsel
Shelley R. Devine
1800 SW 1st Ave., Ste. 300
Portland, OR  97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles J. Paternoster, Parsons Farnell & Grein, LLP, 1030 SW Morrison St., Portland, OR  97205

Alan J. Galloway, Tim Cunningham, Davis Wright Tremaine, LLP, 1300 SW Fifth Ave., Ste. 2400, Portland, OR  97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: __02/13/2015__          By: **s/C.Brost, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00232-BR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

|  |  |
|---|---|
| CARRIE MEDINA, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF PORTLAND, CITY OF GRESHAM, TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, OFFICER TAYLOR LETSIS, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-cv-00232-BR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Taylor Letsis
c/o Gresham Police Department
1333 NW Eastman Parkway
Gresham, OR  97030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles J. Paternoster, Parsons Farnell & Grein, LLP, 1030 SW Morrison St., Portland, OR  97205

Alan J. Galloway, Tim Cunningham, Davis Wright Tremaine, LLP, 1300 SW Fifth Ave., Ste. 2400, Portland, OR  97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **02/13/2015**

**By: s/C.Brost, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00232-BR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: