AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| CARRIE MEDINA, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  3:15-cv-00232-BR |
| CITY OF PORTLAND, CITY OF GRESHAM, TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, OFFICER TAYLOR LETSIS, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  City of Portland
Office of City Attorney
Tracy P. Reeve
1221 SW 4th Ave., Ste. 430
Portland, OR  97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles J. Paternoster, Parsons Farnell & Grein, LLP, 1030 SW Morrison St., Portland, OR  97205

Alan J. Galloway, Tim Cunningham, Davis Wright Tremaine, LLP, 1300 SW Fifth Ave., Ste. 2400, Portland, OR  97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **02/13/2015**

**By: s/C.Brost, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:15-cv-00232-BR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:15-CV-00232-BR

Plaintiff:
**CARRIE MEDINA**

vs.

Defendant:
**CITY OF PORTLAND; et al.**

For:
DAVIS WRIGHT TREMAINE LLP
1300 S.W. 5th Ave.
Suite 2300
Portland, OR  97201

Received by BARRISTER SUPPORT SERVICE, INC. on the 13th day of February, 2015 at 8:34 am to be served on **CITY OF PORTLAND C/O: TRACY P. REEVE, CITY ATTORNEY, 1221 SW 4TH AVE., STE. 430, PORTLAND, OR 97204.**

I, Wayne Savage, being duly sworn, depose and say that on the **13th day of February, 2015** at **4:02 pm, I:**

SERVED the within named PUBLIC AGENCY by delivering a true copy of the **SUMMONS; COMPLAINT, CIVIL CASE ASSIGNMENT ORDER; DISCOVERY AND PRETRIAL SCHEDULING ORDER; FED. R. CIV. P. 26(a) DISCOVERY AGREEMENT; CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE; CIVIL CASE MANAGEMENT TIME SCHEDULES** to DARLA ENG as **OPERATION STAFF SUPPORT** of the within named agency authorized to accept service of process.

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

**Wayne Savage**
Process Server

Subscribed and Sworn to before me on the 16th day of February, 2015 in the county of Multnomah by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

OFFICIAL STAMP
**DAVID CARL COEY**
NOTARY PUBLIC - OREGON
COMMISSION NO. 929667
MY COMMISSION EXPIRES JULY 17, 2018

**BARRISTER SUPPORT SERVICE, INC.**
**11349 SW 60th Ave.**
**Portland, OR 97219-6754**
**(503) 246-8934**

Our Job Serial Number: TSB-2015001115
Ref: 200835/1
Service Fee: $85.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

