UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CARRIE MEDINA**  Case No.: 3:15–cv–00232–BR
**Plaintiff(s),**

**v.**

**CITY OF PORTLAND, et al.**
**Defendant(s).**

_____ /

**Fed. R. Civ. P. 26(a) Discovery Agreement**

    Pursuant to LR 26–2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** April 17, 2015

| | |
|---:|:---|
| **Signature:** | s/ Tim Cunningham |
| **Name and OSB ID:** | Tim Cunningham, OSB #100906 |
| **E–mail Address:** | timcunningham@dwt.com |
| **Firm Name:** | Davis Wright Tremaine, LLP |
| **Mailing Address:** | 1300 SW 5th Ave., Ste. 2400 |
| **City, State, Zip:** | Portland, OR  97201 |
| **Parties Represented:** | Plaintiff |

cc:  Counsel of Record