Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com
        dcl@miller-wagner.com

Of Attorneys for Defendant City of Gresham

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CARRIE MEDINA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF PORTLAND, a municipal corporation, CITY OF GRESHAM, a municipal corporation, TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, a municipal corporation, OFFICER TAYLOR LETSIS, as both an individual and in his official capacity as an officer of the Gresham Police Department, UNKNOWN POLICE OFFICERS NOS. 1, 2 AND 3, both as individuals and in their capacities as officers of the Portland Police Bureau, <br><br> Defendants. | Case No. 3:15-cv-00232-BR <br><br> JOINT STATUS REPORT |

## JOINT STATUS REPORT

The parties have been diligently working to complete the multiple actions agreed upon in a preliminary agreement dated October 21, 2015 arising out of a mediation presided over by the Honorable Oregon Senior Judge Susan M. Leeson. Those actions are still ongoing. The parties remain confident that they will be able to successfully

Page 1 -   JOINT STATUS REPORT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

complete those agreed upon actions in order to finally resolve all claims at issue in this lawsuit. However, the parties request additional time to complete those agreed upon actions. (See separately filed Joint Motion to Extend Abatement of Case.)

                                            MILLER & WAGNER LLP

DATED: 5/09/16

                                            /s/ David C. Lewis
Robert S. Wagner, OSB #844115
David C. Lewis, OSB #953348
Of Attorneys for Defendants

                                            DAVIS WRIGHT TREMAIN LLP

DATED: 5/09/16

                                            /s/ Tim Cunningham
Alan J. Galloway, OSB #083290
Tim Cunningham, OSB #100906
Of Attorneys for Plaintiff

Page 2 -   JOINT STATUS REPORT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing JOINT STATUS REPORT on the following parties at the following addresses by notice of electronic filing using the CM/ECF system:

>Charles J. Paternoster
>Parsons Farnell & Grein LLP
>1030 SW Morrison Street
>Portland, Oregon 97205
>503-222-1812
>cpaternoster@pfglaw.com
>
>Alan J. Galloway
>Tim Cunningham
>Davis Wright Tremaine LLP
>1300 SW Fifth Ave., Suite 2400
>Portland, Oregon 97201
>503-241-2300
>alangalloway@dwt.com
>timcunningham@dwt.com
>          Of Attorneys for Plaintiff

DATED this 9th day of May, 2016.

>          /s/ David C. Lewis
>Robert S. Wagner, OSB #844115
>David C. Lewis, OSB #953348
>503-299-6116

Page 1 -    CERTIFICATE OF SERVICE

**MILLER & WAGNER** LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116